Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com

# Clerk Memo
*August 28, 2020*

Western District of Washington, Seattle

Phone: (206) 624-5124
Fax: (206) 624-5282

**IN RE:**

Mary Beth Marx
8846 SE 40th
Mercer Island, WA 98040

Chapter 13 Case # 18-12011

Deb 1 SSN: XXX-XX-5600

**Regarding:** Report of Unclaimed Funds

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Federal Rules of Bankruptcy Procedure 3010 and 3011.

Refund to Debtor
Address Above

Check Number: 3448399

**Amount:** $2,197.90

Sincerely,

Jason Wilson-Aguilar, Trustee
Dated: 08/28/2020

RECEIVED
Western District of Washington
at Seattle
SEP - 2 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Case # 18-12011 / 0

RM142

Run By: Tim